UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ATSIRI CARDENAS, et al., | OLD CASE NO.: 1:16-CV-255-LJO-EPG |
|---|---|
| Plaintiffs, | NEW CASE NO: 1:16-CV-255-EPG |
| v. | |
| WESTSIDE AG, INC., | ORDER ASSIGNING ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES PURSUANT TO THE CONSENT OF ALL PARTIES |
| Defendant. | |

Pursuant to 28 U.S.C. §636(c)(1), all parties have consented to the conduct before a U.S. Magistrate Judge of all further proceedings in this action, including trial and entry of judgment. Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Erica P. Grosjean for all further purposes and proceedings. Further papers shall bear the new case number **1:16-CV-255-EPG.**

U.S. District Judge Lawrence J. O'Neill will take no further action in this case. Law and motion, pretrial conference and trial dates will need to be reset before Magistrate Judge Grosjean as necessary.

IT IS SO ORDERED.

Dated: __July 7, 2016__          _____/s/ Lawrence J. O'Neill_____
                                  UNITED STATES CHIEF DISTRICT JUDGE

1