LAW OFFICES OF MARK YABLONOVICH
Mark Yablonovich, Esq., Cal. State Bar No. 186670
mark@yablonovichlaw.com
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Telephone: (310) 286-0246 • Fax: (310) 407-5391

Attorneys for Plaintiffs ATSIRI CARDENAS, et al.

Raimondo & Associates
Anthony Raimondo, #200387
apr@raimondoassociates.com
Jasmine Shams, #287410
js@raimondoassociates.com
7080 N. Marks Avenue, Suite 117
Fresno, California 93711
Telephone: (559) 432-3000
Facsimile: (559) 432-2242

Attorneys for Defendant WESTSIDE AG, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATSIRI CARDENAS, RAUL PINA, HONORIA GARCIA, ANDRES GONZALEZ FLORENTINA PIÑA, SERGIO VELASCO, LUPE ALVAREZ and WILMAR RAMIREZ, individually, on behalf of other members of the general public similarly situated, and as an aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>Plaintiffs,<br><br>vs.<br><br>WESTSIDE AG, INC., a California corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 1:16-CV-00255-LJO-EPG<br><br>[Assigned to the<br>Hon. Erica P. Grosjean]<br><br>**ORDER ON STIPULATION TO CONTINUE DEADLINES FOR COMPLETION OF DISCOVERY AND CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>Complaint Filed:   February 23, 2016 |

Based on the Stipulation to Continue Deadlines for Completion of Discovery and Class Certification Briefing Schedule submitted by the parties (ECF No. 20) and good cause appearing therein, the Scheduling Order, dated July 8, 2016, is amended as set forth below:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Non Expert Discovery Cut-off | January 31, 2017 | March 31, 2017 |
| Motion for Class Certification | March 1, 2017 | May 1, 2017 |
| Opposition to Motion for Class Certification | April 3, 2017 | June 2, 2017 |
| Reply in Support of Motion for Class Certification | April 24, 2017 | June 23, 2017 |
| Hearing on Motion for Class Certification | May 26, 2017<br>10:00 a.m.<br>Courtroom 10 | July 28, 2017<br>10:00 a.m.<br>Courtroom 10 |

All other dates remain as previously set.

IT IS SO ORDERED.

Dated:  **January 9, 2017**            /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE