# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATSIRI CARDENAS, RAUL PINA, HONORIA GARCIA, ANDRES GONZALEZ FLORENTINA PIÑA, SERGIO VELASCO, LUPE ALVAREZ and WILMAR RAMIREZ, individually, on behalf of other members of the general public similarly situated, and as an aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>WESTSIDE AG, INC., a California corporation, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 1:16-CV-00255-LJO-EPG<br><br>**ORDER TO CONTINUE DEADLINES FOR COMPLETION OF DISCOVERY AND CLASS CERTIFICATION BRIEFING SCHEDULE** |

///

///

///

///

///

The parties have informed the Court that they have agreed to attend private mediation in this case and have submitted proposed dates to amend the scheduling order. Good cause appearing, the Scheduling Order, dated July 8, 2016, is amended as set forth below:

| Event | Current Dates | Proposed New Dates |
|---|---|---|
| Class Certification Discovery Completed | March 31, 2017 | June 29, 2017 |
| Plaintiffs' Last Day to File Motion for Class Certification | May 1, 2017 | July 31, 2017 |
| Defendant's Last Date to File Opposition to Motion for Class Certification | June 2, 2017 | August 31, 2017 |
| Plaintiffs' Last Day to File Reply in support of Motion for Class Certification | June 23, 2017 | September 21, 2017 |
| Hearing on Plaintiffs' Motion for Class Certification | July 28, 2017 | October 27, 2017 10:00 a.m. Courtroom 10 (EPG) |

All other dates remain as previously set.

IT IS SO ORDERED.

Dated:  **January 31, 2017**                      /s/ Erica P. Grosjean
                                                                                  UNITED STATES MAGISTRATE JUDGE