LAW OFFICES OF MARK YABLONOVICH
Mark Yablonovich, Esq., Cal. State Bar No. 186670
mark@yablonovichlaw.com
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Telephone: (310) 286-0246 • Fax: (310) 407-5391

Attorneys for Plaintiffs ATSIRI CARDENAS, et al.

Raimondo & Associates
Anthony Raimondo, SBN 200387
apr@raimondoassociates.com
Jasmine Shams, SBN 287410
js@raimondoassociates.com
7080 N. Marks Avenue, Suite 117
Fresno, California 93711
Telephone: (559) 432-3000
Facsimile: (559) 432-2242

Attorneys for Defendant WESTSIDE AG, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATSIRI CARDENAS, RAUL PINA, HONORIA GARCIA, ANDRES GONZALEZ FLORENTINA PIÑA, SERGIO VELASCO, LUPE ALVAREZ and WILMAR RAMIREZ, individually, on behalf of other members of the general public similarly situated, and as an aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"),<br><br>       Plaintiffs,<br><br>   vs.<br><br>WESTSIDE AG, INC., a California corporation, and DOES 1-10, inclusive,<br><br>       Defendants. | Case No. 1:16-CV-00255-EPG<br><br>Assigned to the Hon. Erica P. Grosjean<br><br>**ORDER ON STIPULATION TO CONTINUE DEADLINES FOR COMPLETION OF CLASS DISCOVERY, CLASS CERTIFICATION BRIEFING SCHEDULE AND TRIAL**<br><br>Complaint Filed: February 23, 2016<br><br>Trial: February 12, 2018 |

# ORDER

The Court has read and considered the Stipulation to Continue Deadlines for Completion of Class Discovery, Class Certification Briefing Schedule and Trial submitted by the Parties and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

The dates set by the Court in its February 1, 2017 Order Continuing Deadlines (ECF No. 24) relating to the completion of discovery and Plaintiffs' motion for class certification pending are hereby continued as follows:

- Class certification discovery completed: October 27, 2017;
- Plaintiffs' last day to file motion for class certification: November 28, 2017;
- Defendant's last day to file any opposition: December 29, 2017;
- Plaintiffs' last day to file reply: January 19, 2018;
- Plaintiffs' motion for class certification to be heard on: February 23, 2018 at 10:00 a.m. in Courtroom 10
- Pre-Trial Conference: June 27, 2018 at 10:00 a.m. in Courtroom 10
- Trial: August 21, 2018 at 8:30 a.m. in Courtroom 10

IT IS SO ORDERED.

Dated: **April 26, 2017**          /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE