1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10    ATSIRI CARDENAS, *et al.*,                    Case No. 1:16-cv-00255-EPG

11                    Plaintiffs,                    **ORDER DIRECTING THE CLERK OF**
                                                     **THE COURT TO CLOSE CASE**
12           v.
                                                     (ECF No. 65)
13    Westside AG, Inc., *et al.*,

14                    Defendants.

15

16           On April 12, 2018, the parties filed a stipulation to dismiss this action with prejudice and

17    with each party bearing its own litigation costs and attorney's fees. (ECF No. 65).  All parties

18    have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed

19    with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692

20    (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant

21    has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice

22    of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close

23    this case.

24
      IT IS SO ORDERED.
25

26       Dated:   **April 16, 2018**                 /s/ _Erica P. Grosjean_
27                                                   UNITED STATES MAGISTRATE JUDGE

28
                                                1